**Dismiss and Opinion Filed December 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00896-CV

### PIERRE INVESTMENTS, INC., Appellant
### V.
### DAVID CORONA D/B/A CORONA AND SON CONSTRUCTION, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC 12-12422-I**

## MEMORANDUM OPINION
Before Justices Francis, Evans, and Stoddart
Opinion by Justice Francis

After notice of submission of this appeal was sent to the parties, counsel for appellant Pierre Investments, Inc. notified the Clerk of the Court that the parties had settled. Counsel was then instructed to file a corresponding motion to dismiss. On December 10, 2015, appellant filed a "Notice of Dismissal" seeking to "[d]ismiss all claims with prejudice against David Corona dba Corona and Son Construction." We treat the notice as a motion to dismiss the appeal and **DISMISS** the appeal. Subject to any agreement of the parties, we **ORDER** Pierre Investments, Inc. to pay the costs of this appeal.

140896F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PIERRE INVESTMENTS, INC., Appellant

No. 05-14-00896-CV          V.

DAVID CORONA D/B/A CORONA AND
SON CONSTRUCTION, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC 12-12422-I.
Opinion delivered by Justice Francis;
Justices Evans and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that appellee DAVID CORONA D/B/A CORONA AND SON CONSTRUCTION recover his costs of this appeal from appellant PIERRE INVESTMENTS, INC.

Judgment entered December 17, 2015.